IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAN MYRICK, II,

    Defendant.

Case No. 3:11cr122

JUDGE WALTER HERBERT RICE

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, BUT DECLINING TO REVOKE SAME;
SUPERVISED RELEASE TERMINATED; TERMINATION ENTRY

On April 17, 2012, the Defendant, having previously been found in violation of his supervised release which began March 3, 2008, appeared in open Court for final disposition.

Although finding the Defendant in violation of his supervised release, this Court declined to revoke same. For reasons set forth on the record, during the aforesaid April 17, 2012, hearing in open Court, the Court chose to terminate the Defendant's supervised release, effective immediately.

The captioned cause is hereby ordered terminated upon the docket records

of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

May 4, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Brett Handmake, US Probation Officer